Sanchez v Extra Space Stor. Inc. (2024 NY Slip Op 03390)

Sanchez v Extra Space Stor. Inc.

2024 NY Slip Op 03390

Decided on June 20, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 20, 2024

Before: Renwick, P.J., Manzanet-Daniels, Oing, Singh, González, JJ. 

Index No. 24105/13 Appeal No. 10640 Case No. 2019-00696 

[*1]Lazaro Sanchez, Plaintiff-Respondent,
v
Extra Space Storage Inc., Defendant-Appellant, Gabriel Castano, et al., Defendants. _ [And Third-Party Actions]

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Fernando Tapia, J.), entered on or about August 8, 2018,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated November 25, 2019,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: June 20, 2024